UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:25-cr-76-TPB-AAS | DATE: | July 25, 2025 |
|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | INTERPRETER: | n/a |
| | | LANGUAGE: | n/a |
| UNITED STATES OF AMERICA v. DMITRY SHUSHLEBIN | | **GOVERNMENT COUNSEL** Lindsey Schmidt – AUSA | |
| | | **DEFENSE COUNSEL** Mark J. O'Brien – Retained | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 10:13 am – 10:59 am | **TOTAL:** 46 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS: GUILTY PLEA PROCEEDINGS**

(X)　　Defendant sworn.

(X)　　Court advises defendant of Rule 11 rights.

(X)　　Notice of maximum penalty filed (Doc. 71)

(X)　　Plea of guilty entered as to Counts One through Four of the superseding information.

(X)　　Factual basis established.

(X)　　Guilty plea accepted. / Waiver of indictment accepted

(X)　　Referred to probation for pre-sentence investigation.

(X)　　Sentencing to be scheduled by separate notice before District Judge TPB.

(X)　　Remains in custody.