UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA     :

                          :

v.                             :      Case No.: 8:25-CR-76-TPB-AAS

                          :

DMITRY SHUSHLEBIN      :

_____:

**DEFENDANT DMITRY SHUSHLEBIN'S**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant, DMITRY SHUSHLEBIN, by and through his undersigned counsel, and hereby files this his unopposed motion to continue sentencing and in support states as follows:

1.     On July 25, 2025, the Defendant pled guilty to counts one through four of the superseding information, and on July 29, 2025, his guilty pleas were accepted.

2.     The Defendant's sentencing hearing is scheduled for February 25, 2026.

3.     Undersigned counsel and the Defendant conferenced at the Citrus County Detention Center on February 23, 2026.

4.     During this in-person conference the Defendant informed undersigned counsel that he is retaining new counsel and that he no longer wishes undersigned counsel to represent him.

5.     Approximately four hours later, attorney Maksim Nemtsev emailed undersigned counsel and stated that he would be filing his notice of appearance, along with his designated local counsel Mark Rankin, on February 24, 2026.

6.     As a result, undersigned counsel seeks a continuance of sentencing so the Defendant may have the counsel of choice for his sentencing hearing.

7.     The Defendant does not oppose this request.

8.     The government does not oppose this request.

## CONCLUSION

WHEREFORE, the Defendant, DMITRY SHUSHLEBIN, by and through

the undersigned counsel respectfully requests this Honorable Court grant the stated

relief and/or any other relief this Honorable Court deems appropriate.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D:     (813) 228-6989
E:     mjo@markjobrien.com

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on February 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire