UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DMITRY SHUSHLEBIN | Docket No. 8:25-CR-76-TPB-AAS |

**MOTION FOR SPECIAL ADMISSION**

Pursuant to Local Rule 2.01, Maksim Nemtsev, Esq. respectfully moves this Court for special admission to appear on behalf of Dmitry Shushleblin in this action. In support of this Motion, Mr. Nemtsev states as follows:

1. I am not a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the District of Massachusetts.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any state or federal courts in Florida in the last thirty-six months.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

    Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

1

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: February 25, 2026

Respectfully Submitted,

*/s/ Maksim Nemtsev*
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
max@mnpc.law